**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Hector BARRAGAN–ESPINO,**
**Defendant–Appellant.**

**No. 12–30089**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 25, 2013.

Josette Louise Cassiere, Assistant U.S. Attorney, Carol Mignonne Griffing, Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Hector Barragan–Espino has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Barragan–Espino has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Barragan–Espino's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Barragan–Espino's motion for appointment of substitute counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.